UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARISSA SCHANBACHER-ADOLFO, | Case No. 2:16-cv-01589-RFB-CWH |
| Plaintiff, | |
| v. | |
| ETHICON, et al, | **ORDER** |
| Defendants. | |

Presently before the court is Plaintiff's notice of subpoena (ECF No. 11) and notice of deposition (ECF No. 12), filed on December 6, 2016. Under Local Rule 26-8, unless ordered otherwise, discovery-related documents are not to be filed with the court. No such order has been issued in this case.

IT IS THEREFORE ORDERED that the Clerk must STRIKE notices of subpoena (ECF No. 11) of deposition (ECF No. 12).

DATED: December 7, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge