KAEMPFER CROWELL
Robert McCoy, No. 9121
Joni A. Jamison, No. 11614
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: jjamison@kcnvlaw.com

Attorneys for Defendant Ethicon, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARISSA SCHANBACHER-ADOLFO,<br><br>Plaintiff,<br><br>vs.<br><br>ETHICON, INC. subsidiary of Johnson & Johnson, a New Jersey Business Entity; DOES I through XXX, inclusive; and ROE BUSINESS ENTITIES I through XXX, inclusive;<br><br>Defendants. | Case No. 2:16-cv-01589-RFB-CWH<br><br>**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE** |

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

1958409_1.docx 17671.5

Page 1 of 2

The parties stipulate to dismiss all claims without prejudice, each party to bear its own fees and costs.

| PARRY & PFAU | KAEMPFER CROWELL |
|---|---|
| By: /s/ *signature* <br> Zachariah B. Parry, No. 11677 <br> 880 Seven Hills Drive <br> Suite 210 <br> Henderson, Nevada 89052 <br><br> Attorneys for Plaintiff Marissa Schanbacher-Adolfo | By /s/ *signature* <br> Robert McCoy, No. 9121 <br> Joni A. Jamison, No. 11614 <br> 1980 Festival Plaza Drive <br> Suite 650 <br> Las Vegas, Nevada 89135 <br><br> Attorneys for Defendant Ethicon, Inc. |

**ORDER**

IT IS SO ORDERED.

*signature*

RICHARD F. BOULWARE, II
United States District Judge

DATED this 18th day of April, 2017.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

1958409_1.docx 17671.5